**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PRUDENTIAL LOCATIONS LLC, a
Hawaii limited liability company,
            *Plaintiff-Appellant,*

v.

U. S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT,
            *Defendant-Appellee.*

No. 09-16995

D.C. No.
1:09-cv-00128-
SOM-KSC
District of Hawaii,
Honolulu

ORDER

Filed January 18, 2012

Before: A. Wallace Tashima, William A. Fletcher, and
Marsha S. Berzon, Circuit Judges.

---

## ORDER

The petition for panel rehearing is GRANTED. The opinion in the above-captioned matter filed on June 9, 2011, and published at 648 F.3d 768, is VACATED.

The panel will issue a further order regarding the time and place of argument and the issues to be addressed at argument.

**IT IS SO ORDERED.**